# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WELSPUN PIPES INC.**, *et al.*                                                                           PLAINTIFFS

v.                               CASE NO. 4:21-CV-00180-BSM

**DEPARTMENT OF HOMELAND SECURITY,**
an agency of the United States Government, *et al.*                                       DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE